IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DUWAYNE JONES,

    Petitioner,

v.                                            CASE NO. 1:06-cv-00246-MP-AK

JAMES R MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. The time for filing objections has passed and none have been filed. The Court agrees that the district of conviction, the United States District Court for the Middle District of Florida, is the appropriate forum for this case. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The Clerk is directed to transfer this case and to close the file.

**DONE AND ORDERED** this *9th* day of October, 2007

                          *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge